UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 25-1602-GW-JCx | Date | November 5, 2025 |
|---|---|---|---|
| Title | G & G Closed Circuit Events, LLC v. Louie Huerta, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On November 5, 2025, Plaintiff G & G Closed Circuit Events, LLC filed a Notice of Settlement [17]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed by November 17, 2025. The Court sets an order to show re: settlement hearing for November 20, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by November 17, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |